IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RANDAL LYNN LONG,  )
 )
 Plaintiff, )
 )
v. )
 )
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
 )
 Defendant. ) Civil Action No. 1:16-CV-143-C

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on August 28, 2017. The Report and Recommendation recommends that the Court affirm the final decision of the Commissioner. Plaintiff filed his objections to the Report and Recommendation on September 11, 2017. After reviewing the Report and Recommendation, along with Plaintiff's Objections thereto, the Court is of the opinion that the Objections should be OVERRULED and the Report and Recommendation should be adopted as the findings and conclusions of the Court.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court. The Commissioner's decision is **AFFIRMED** and the above-styled and -numbered civil action is **DISMISSED**.

Dated this 14th day of September, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE